STATE OF NEW JERSEY v. JAMES PATRICK HARDIMON.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass*, 114 *N.J.* 169 and *State v. Molina*, 114 *N.J.* 181.

STATE OF NEW JERSEY v. RONALD C. BARNES.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass*, 114 *N.J.* 169 and *State v. Molina*, 114 *N.J.* 181.

STATE OF NEW JERSEY v. FRANCISCO CRUZ.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass*, 114 *N.J.* 169 and *State v. Molina*, 114 *N.J.* 181.